JOHN E. ROSASCO CREAMERIES, INC., Appellant, *v.* HENRY COHEN et al., Copartners under the Firm Name of COHEN DAIRY COMPANY, Respondents.

Submitted May 24, 1937; decided May 25, 1937.

*Isador Goetz* for motion.
*Joseph J. Cella* opposed.
Motion denied, with ten dollars costs.